# Exhibit 1

| Registration | Mark | Goods and Services |
|---|---|---|
| *U.S. Federal (Reg. No. 1,183,876)<br>Dec. 29, 1981 | C | Class 25: Hats, caps<br>Class 28: Toy banks and baseball helmets |
| *U.S. Federal (Reg. No. 1,544,313)<br>June 20, 1989 | CHICAGO CUBS | Class 11: Flashlights.<br>Class 25: Clothing, namely, T-shirts, sweatshirts, caps and hooded sweatshirts |
| *U.S. Federal (Reg. No. 1,548,675)<br>July 18, 1989 | CHICAGO CUBS | Class 41: Entertainment services in the nature of baseball exhibitions |
| *U.S. Federal (Reg. No. 1,538,193)<br>May 9, 1989 | CHICAGO CUBS (Stylized Design) 1982 Lettering | Class 25: Clothing, namely, shorts, T-shirts, neckties and 3/4 sleeve jerseys. |
| *U.S. Federal (Reg. No. 1,612,016)<br>September 4, 1990 | CHICAGO CUBS and Design 1984 Lettering | Class 16 – Publications and printed matter, namely, souvenir programs.<br>Class 41 – Entertainment services in the nature of baseball exhibitions. |
| U.S. Federal (Reg. No. 3,846,643)<br>September 7, 2010 | CHICAGO ORPHANS | Class 25 – Clothing, namely shirts, T-shirts |
| *U.S. Federal (Reg. No. 3,644,960)<br>June 23, 2009 | CUBBIES | Class 25 – Clothing namely, caps, hats, shirts, T-shirts |
| *U.S. Federal (Reg. No. 3,326,193)<br>October 30, 2007 | CUBS | Class 9 – Pre-recorded videodiscs relating to baseball; pre-recorded audio discs relating to baseball; cases for personal digital assistants, cell phone accessories, namely, cases and face plate covers; binoculars; calculators; electric switch plate covers; luminous signs, neon signs; sunglasses; decorative magnets; protective helmets, video and computer game cartridges, video and computer game discs, video and computer game cassettes; computer accessories, namely, mouse pads, computer game programs, and computer application programs downloadable from a global computer network in the field of baseball. |
| *U.S. Federal (Reg. No. 3,320,044)<br>October 23, 2007 | CUBS | Class 14 – Jewelry, namely, bracelets, charms, earrings, rings, belly rings, necklaces, pendants, watches, costume jewelry, silicone or rubber bracelets and wristbands in the nature of bracelets, medallions, ornamental metal pins, lapel pins, cuff links, metal belt buckles of precious metal, money clips of precious metal, key chains of precious metal, key rings of precious metal, clocks, wall clocks, alarm clocks, and non-monetary coins of precious metal. |

1

| *U.S. Federal (Reg. No. 3,320,043) October 23, 2007 | CUBS | Class 16 – Paper goods and printed matter, namely, trading cards, posters, stickers, decals, temporary tattoos, bumper stickers, score books, scorecards, printed baseball game programs, magazines and books featuring baseball, brochures featuring baseball, writing pads, note paper, notebooks, binders, stationery-type portfolios, stationery folders, baseball card albums, book covers, calendars, greeting cards, postcards, printed bank checkbooks, checkbook covers, gift wrapping paper, paper gift and party bags, paper party goods in the nature of paper party decorations; paper coasters, paper napkins, mounted and un-mounted photographs, photograph albums, lithographs, plastic baseball card holders and collectors cases, paperweights, letter openers, pens, pencils, crayons, non-electric erasers, pencil cases, art pictures, and art prints. |
|---|---|---|
| *U.S. Federal (Reg. No. 3,320,042) October 23, 2007 | CUBS | Class 18 – Athletic bags, overnight bags, backpacks, duffel bags, tote bags, beach bags, knapsacks, attaché cases, briefcases, purses, wallets, billfolds, fanny packs, waist packs, cosmetic cases sold empty, toiletry cases sold empty, business card cases, luggage, luggage tags, suitcases, umbrellas, dog collars, and dog leashes |
| *U.S. Federal (Reg. No. 3,231,137) April 17, 2007 | CUBS | Class 25 – Clothing, namely, caps, hats, visors, knitted headwear, shirts, t-shirts, tank tops, sweaters, pullovers, vests, shorts, pants, dresses, skirts, baseball uniforms, jerseys, warm-up suits, jogging suits, sweatshirts, sweatpants, underwear, robes, sleepwear, swimwear, jackets, ponchos, cloth bibs, infant wear, infant diaper covers, cloth diaper sets with undershirt and diaper cover, jumpers, rompers, coveralls, creepers, baby booties, ties, footwear, socks, hosiery, slippers |

2

| *U.S. Federal (Reg. No. 3,320,041) October 23, 2007 | CUBS | Class 28 – Toys and sporting goods, namely stuffed toys, plush toys, bean bag toys, foam toys, foam novelty items, namely, foam fingers, balloons, checker sets, dominoes, board games, card games, dart boards and dart board accessories, namely, darts, dart shafts and dart flights, toy cars and trucks, toy mobiles, jigsaw and manipulative puzzles, yo-yo's, toy banks, toy figures, toy vehicles, toy airplanes, dolls and doll accessories, bobbing head dolls, decorative wind socks, miniature baseball bats, mini batting helmet replicas, toy necklaces, baseballs, holders for baseballs, autographed baseballs, playground balls, rubber action balls, golf balls, golf club head covers, golf club bags, golf putters, billiard accessories, namely, cues, billiard balls, baseball bases, baseball bats, catcher's masks, batting gloves, inflatable toys; costume masks; Christmas tree ornaments, excluding confectionery and illumination articles, and Christmas stockings; playing cards. |
|---|---|---|
| *U.S. Federal (Reg. No. 3,231,136) April 17, 2007 | CUBS | Class 41 – Entertainment services, namely, baseball games, competitions and exhibitions rendered live and through broadcast media including television and radio, and via a global computer network or a commercial on-line service; information services, namely, providing information in the field of sports, entertainment and related topics, and providing for informational messages relating thereto; educational services in the nature of baseball skills programs, baseball camps and clinics offered live; entertainment services, namely, production of programming broadcast via television, radio and a global computer network or a commercial on-line service; organizing community sporting events; providing facilities for sports tournaments and competitions relating to baseball; organizing and conducting fantasy sports, sports contests and sweepstakes; providing on-line newsletters in the field of baseball |

3

| *U.S. Federal (Reg. No. 1,042,652) July 6, 1976 | CUBS and Design 1945 Primary  | Class 6 – Key tags and key chains. Class 14 – Watches, clocks, and jewelry. Class 16 – Baseball trading cards, posters, decals. Class 18 – Tote bags. Class 20 – Cushions, display boards with magnetic team badges for attachment thereto, for maintaining day to day standings of Major League Baseball teams. Class 21 – Drinking cups made of plastic and wastebaskets for domestic use. Class 24 – Towels and cloth pennants. Class 25 – T-shirts, sweatshirts, pajamas, ponchos, jackets, pants and robes. Class 26 – Cloth, iron-on, sew-on and pressure sensitive patches, belt buckles and cloth badges. Class 28 – Baseball gloves, baseballs and golf balls. Class 30 – Chewing gum. Class 34 – Cigarette lighters. |
|---|---|---|
| *U.S. Federal (Reg. No. 869,838) May 20, 1969 | CUBS and Design 1957 Primary  | Class 41 - Entertainment services in nature of baseball exhibitions rendered live and through the media of radio and television. |
| *U.S. Federal (Reg. No. 3,326,192) October 30, 2007 | CUBS and Design 1979 Primary  | Class 9 – pre-recorded videodiscs relating to baseball; pre-recorded audio discs relating to baseball; cases for personal digital assistants, cell phone accessories, namely, cases and face plate covers; binoculars; calculators; electric switch plate covers; luminous signs, neon signs; sunglasses; decorative magnets; video and computer game cartridges, video and computer game discs, video and computer game cassettes; computer accessories, namely, mouse pads, computer game programs, and computer application programs downloadable from a global computer network in the field of baseball. |
| *U.S. Federal (Reg. No. 1,538,033) May 9, 1989 | CUBS and Design 1979 Primary  | Class 11 – Flashlights. |

| | | |
|---|---|---|
| *U.S. Federal (Reg. No. 3,320,040) October 23, 2007 | CUBS and Design 1979 Primary  | Class 16 – Paper goods and printed matter, namely, trading cards, posters, stickers, decals, temporary tattoos, bumper stickers, score books, scorecards, printed baseball game programs, magazines and books featuring baseball, brochures featuring baseball, writing pads, note paper, notebooks, binders, stationery-type portfolios, stationery folders, baseball card albums, book covers, calendars, greeting cards, postcards, printed bank checkbooks, checkbook covers, gift wrapping paper, paper gift and party bags, paper party goods in the nature of paper party decorations; paper coasters, paper napkins, mounted and un-mounted photographs, photograph albums, lithographs, plastic baseball card holders and collectors cases, paperweights, letter openers, pens, pencils, crayons, non-electric erasers, pencil cases, art pictures, and art prints |
| *U.S. Federal (Reg. No. 3,320,039) October 23, 2007 | CUBS and Design 1979 Primary  | Class 18 – Athletic bags, overnight bags, backpacks, duffel bags, tote bags, beach bags, knapsacks, attaché cases, briefcases, purses, wallets, billfolds, fanny packs, waist packs, cosmetic cases sold empty, toiletry cases sold empty, business card cases, luggage, luggage tags, suitcases, umbrellas, dog collars, and dog leashes |
| *U.S. Federal (Reg. No. 3,231,135) April 17, 2007 | CUBS and Design 1979 Primary  | Class 25 – Clothing, namely, caps, hats, shirts, t-shirts, tank tops, sweaters, pullovers, vests, shorts, pants, dresses, skirts, baseball uniforms, jerseys, warm-up suits, jogging suits, sweatshirts, sweatpants, underwear, robes, sleepwear, swimwear, jackets, ponchos, cloth bibs, infant wear, infant diaper covers, cloth diaper sets with undershirt and diaper cover, jumpers, rompers, coveralls, creepers, baby booties, ties, footwear, socks, hosiery, slippers |

| | | |
|---|---|---|
| *U.S. Federal (Reg. No. 3,320,038)<br>October 23, 2007 | CUBS and Design 1979 Primary<br> | Class 28 – Toys and sporting goods, namely stuffed toys, plush toys, bean bag toys, foam toys, foam novelty items, namely, foam fingers, balloons, checker sets, dominoes, board games, card games, dart boards and dart board accessories, namely, darts, dart shafts and dart flights, toy cars and trucks, toy mobiles, jigsaw and manipulative puzzles, yo-yo's, toy banks, toy figures, toy vehicles, toy airplanes, dolls and doll accessories, bobbing head dolls, decorative wind socks, miniature baseball bats, mini batting helmet replicas, toy necklaces, baseballs, holders for baseballs, autographed baseballs, playground balls, rubber action balls, golf balls, golf club head covers, golf club bags, golf putters, billiard accessories, namely, cues, billiard balls, baseball bases, baseball bats, catcher's masks, batting gloves, inflatable toys; costume masks; Christmas tree ornaments, excluding confectionery and illumination articles, and Christmas stockings; playing cards |
| *U.S. Federal (Reg. No. 3,854,382)<br>September 28, 2010 | CUBS and Waving Cub Design<br> | Class 25 – Clothing, namely, caps, hats, shirts, T-shirts, tank tops |
| *U.S. Federal (Reg. No. 2,506,407)<br>November 13, 2001 | Cubs C (Stylized) 1910 Cap<br> | Class 25 – Clothing, namely, caps, hats, headwear, headbands, shirts, T-shirts, turtlenecks, baseball uniforms, jerseys, sweatshirts, sleepwear, jackets, cloth bibs, infantwear, onesies, footwear, socks. |
| *U.S. Federal (Reg. No. 2,667,880)<br>December 31, 2002 | Cubs C (Stylized) 1910 Cap<br> | Class 41 – Entertainment services, namely, baseball games, competitions and exhibitions rendered live, through broadcast media including television and radio and via a global computer network or a commercial on-line service; providing and disseminating information in the field of sports and entertainment, providing multi-user interactive computer games all via a global computer network or a commercial on-line service; education services in the nature of baseball skills programs, seminars and clinics offered live and through on-line instruction |

| *U.S. Federal (Reg. No. 1,297,664) September 25, 1984 | Cubs C (Stylized) 1957 Cap | Class 25 – Baseball caps |
|---|---|---|
| *U.S. Federal (Reg. No. 3,403,046) March 25, 2008 | Cubs C (Stylized) 1969 Cap | Class 9 – Electrical and scientific apparatus, namely, cases for personal digital assistants, cell phone accessories, namely, cases and face plate covers; sunglasses; decorative magnets; protective helmets, baseball batting helmets, video and computer game cartridges, video and computer game discs, video and computer game cassettes; computer game programs |
| *U.S. Federal (Reg. No. 3,395,907) March 11, 2008 | Cubs C (Stylized) 1969 Cap | Class 14 – Jewelry, namely, bracelets, charms, earrings, pendants, costume jewelry, silicone or rubber bracelets and wristbands in the nature of bracelets, medallions, ornamental metal pins, lapel pins, money clips of precious metal, key chains of precious metal, key rings of precious metal |
| *U.S. Federal (Reg. No. 3,545,454) December 9, 2008 | Cubs C (Stylized) 1969 Cap | Class 16 – Paper goods and printed matter, namely, trading cards, posters, stickers, decals, temporary tattoos, bumper stickers, score books, scorecards, printed baseball game programs, magazines and books featuring baseball, preprinted agenda organizers, calendars, printed bank checkbooks, checkbook covers, mounted and un-mounted photographs, lithographs, pens, pencils, art pictures and art prints |
| *U.S. Federal (Reg. No. 1,536,262) April 25, 1989 | Cubs C (Stylized) 1969 Cap | Class 16 – Paper goods and printed matter, namely, baseball cards and lithographs. Class 28 – Toys and sporting goods, namely, plastic batting helmets. |
| *U.S. Federal (Reg. No. 3,320,037) October 23, 2007 | Cubs C (Stylized) 1969 Cap | Class 28 – Toys and sporting goods, namely stuffed toys, plush toys, bean bag toys, foam toys, checker sets, board games, card games, toy cars and trucks, toy mobiles, jigsaw and manipulative puzzles, toy banks, toy figures, toy vehicles, dolls and doll accessories, bobbing head dolls, decorative wind socks, miniature baseball bats, mini batting helmet replicas, catcher's masks, toy necklaces, baseballs, playground balls, rubber action balls, baseball bats, baseball gloves, inflatable toys; costume masks; Christmas tree ornaments, excluding confectionery and illumination articles |

| | | |
|---|---|---|
| *U.S. Federal (Reg. No. 3,403,043)<br>March 25, 2008 | Cubs C and Bear Design 1908 Road Jersey<br> | Class 25 – Clothing, namely, caps, hats, headbands, visors, shirts, T-shirts, tank tops, pullovers, baseball uniforms, jerseys, sweatshirts, jackets |
| *U.S. Federal (Reg. No. 1,916,572)<br>September 5, 1995 | Cubs C and Cub Bear Design 1994 Sleeve<br> | Class 25 – Clothing, namely, shirts, caps, shorts, t-shirts, jackets, pants, visors, hats, uniforms, uniform jerseys, wind resistant jackets, short sets, sweatpants, sweatshirts. |
| *U.S. Federal (Reg. No. 1,694,837)<br>June 16, 1992 | CUBS CARE | Class 36 – Raising, receiving and distributing charitable funds by means of special events. |
| U.S. Federal (Reg. No. 3,996,311)<br>July 19, 2011 | Cubs CHICAGO (Stylized) 1996 Road Jersey<br> | Class 25 – Clothing, namely, jerseys, jackets, shirts, bottoms, infantwear, ties; headwear; footwear. |
| *U.S. Federal (Reg. No. 3,403,044)<br>March 25, 2008 | Cubs Cub Bear Face Design 1968 Sleeve<br> | Class 25 – Clothing, namely, caps, hats, shirts, T-shirts, tank tops, pullovers, baseball uniforms, jerseys, sweatshirts, jackets |
| *U.S. Federal (Reg. No. 1,560,472)<br>October 17, 1989 | Cubs Cub Bear Face Design 1974 Sleeve<br> | Class 16 – Paper goods and printed mater, namely, baseball cards |
| *U.S. Federal (Reg. No. 3,703,178)<br>October 27, 2009 | Cubs Cub Bear Face Design 1974 Sleeve<br> | Class 25 – Clothing, namely, caps, hat, shirts, T-shirts, baseball uniforms, jerseys, sweatshirts, jackets |

| | | |
|---|---|---|
| U.S. Federal (pending)<br>(Appl. No. 86/760,885, filed Sept., 18, 2015) | Cubs W (Stylized)<br><br>**W** | Class 14 – Jewelry, namely, bracelets, charms, earrings, rings, necklaces, pendants, watches, costume jewelry, medallions, ornamental pins, lapel pins, tie clips, tie fasteners, cuff links, tie tacks, tie pins, key chains of precious metal, key rings of precious metal, clocks, wall clocks, alarm clocks, clock key chains, and non-monetary coins of precious metal. |
| U.S. Federal (pending)<br>(Appl. No. 86/760,879, filed Sept. 18, 2015) | Cubs W (Stylized)<br><br>**W** | Class 18 – All-purpose sport bags, all-purpose athletic bags, all-purpose carrying bags, athletic bags, duffle bags, backpacks, briefcases, canvas shopping bags, clutches, wristlet bags, coin purses, umbrellas, handbags, leather bags, suitcases and wallets, leather key chains, luggage, luggage tags, patio umbrellas, purses, reusable shopping bags, tote bags, cosmetic bags sold empty, toiletry bags sold empty, wallets, business card cases, credit card cases and holders, travel bags, pet clothing, collars for pets, pet collar accessories, namely bows and charms, pet tags specially adapted for attaching to pet leashes or collars, leashes for animals, wine bags with handles for carrying or holding wine. |
| U.S. Federal (Reg. No. 5,001,872)<br>July 19, 2016 | Cubs W (Stylized)<br><br>**W** | Class 24 – Cloth pennants, cloth flags, cloth banners |
| U.S. Federal (pending)<br>(Appl. No. 86/760,849, filed Sept. 18, 2015) | Cubs W (Stylized)<br><br>**W** | Class 25 – Clothing, namely, headwear, shirts, bottoms, athletic uniforms, jerseys, jackets, infant wear, cloth bibs, sweatshirts, footwear. |

| | | |
|---|---|---|
| U.S. Federal (pending)<br>(App. No. 86/760,829, filed Sept. 18, 2015) | Cubs W (Stylized)<br><br>**W** | Class 28 – Toys and sporting goods, namely stuffed toys, plush toys, soft sculpture foam toys, foam novelty items, namely, foam fingers, puppets, balloons, checker sets, chess sets, dominoes, board games, card games, dice games, trivia game played with cards and game components, parlor games, playing cards, dart boards and dart board accessories, namely, darts, dart shafts and dart flights, cornhole sets, namely, bean bag games, toy cars and trucks, toy trains, toy mobiles, puzzles, yo-yo's, toy banks, toy figures, toy vehicles, dolls and doll accessories, bobbing head dolls, decorative wind socks, miniature baseball bats, mini batting helmet replicas, toy necklaces, miniature toy baseballs, baseballs, holders for baseballs, autographed baseballs, playground balls, beach balls, golf balls, golf club head covers, golf club bags, golf putters, billiard accessories, namely, cues, billiard balls and cue cases, baseball bases, baseball bats, batting gloves, pet toys, inflatable toys, snow sleds for recreational use, snow globes, costume masks, Christmas tree ornaments and decorations, flying disks, action figures, balls for games, gaming equipment, namely, poker chips, game tables, inflatable toys, bowling balls, bowling pins, bowling bags, fishing rods and reels, and lottery tickets. |
| U.S. Federal (Reg. No. 4,951,429)<br>May 3, 2016 | Cubs W (Stylized)<br><br>**W** | Class 41 – Entertainment services, namely, baseball games, baseball exhibitions; Organizing and conducting an array of athletic events rendered live and recorded for distribution through broadcast media; Providing news and information in the field of sports; Entertainment services, namely, arranging and conducting special events. |
| *U.S. Federal (Reg. No. 3,199,968)<br>January 23, 2007 | MR. CUB | Class 16 – trading cards<br>Class 25 – baseball jerseys<br>Class 28 – Baseball bat |
| *U.S. Federal (Reg. No. 3,053,475)<br>January 31, 2006 | W | Class 24 – Fabric flags |
| *U.S. Federal (Reg. No. 1,538,151)<br>May 9, 1989 | WRIGLEY FIELD HOME OF CHICAGO CUBS and Design<br><br>WRIGLEY FIELD HOME OF CHICAGO CUBS | Class 16 – Paper goods and printed matter, namely, posters, photographs and post cards.<br>Class 25 – Clothing, namely, baseball caps and T-shirts.<br>Class 41 – Entertainment services in the nature of baseball exhibitions. |
| U.S. Federal (Reg. No. 1,631,187)<br>January 8, 1991 | Wrigley Field Marquee Design<br><br> | Class 16 – Paper goods and printed matter, namely, photographs<br>Class 41 – Entertainment services in the nature of baseball exhibitions. |

| | | |
|---|---|---|
| U.S. Federal (Reg. No. 4,726,597)<br>April 28, 2015 | WRIGLEY FIELD SMOKIES | Class 29 – Hot dogs |
| California (Reg. No. 019780)<br>June 1, 1993 | Cubs and Design 1979 Primary<br> | Class 39: T-shirts and sweatshirts |
| Illinois (Reg. No. 107133)<br>Oct. 14, 2014 | 1060 PROJECT and Design<br> | Class 14: Brand of magnets |
| Illinois (Reg. No. 107131)<br>Oct. 14, 2014 | 1060 PROJECT and Design<br> | Class 14: Brand of lapel pins |
| Illinois (Reg. No. 107132)<br>Oct. 14, 2014 | 1060 PROJECT and Design<br> | Class 16: Paper invitations, stickers, vinyl signs |
| Illinois (Reg. No. 107130)<br>Oct. 14, 2014 | 1060 PROJECT and Design<br> | Class 25: Clothing, namely shirts |
| Illinois (Reg. No. 107129)<br>Oct. 14, 2014 | 1060 PROJECT and Design<br> | Class 37: Construction, renovation and restoration of buildings |
| Illinois (Reg. No. 108346)<br>Oct. 19, 2015 | Bear Catching Ball Design<br> | Class 25: Clothing, namely headwear, shirts |

| | | |
|---|---|---|
| Illinois (Reg. No. 108344)<br>Oct. 19, 2015 | Bear Face Design<br> | Class 25: Clothing, namely, headwear, shirts, jackets, pants, shorts, vests, infantwear |
| Illinois (Reg. No. 108345)<br>Oct. 19, 2015 | Bear Face in Circle Design<br> | Class 25: Clothing, namely, headwear, shirts, jackets, pullovers, pants, shorts, vests, infantwear |
| Illinois (Reg. No. 108343)<br>Oct. 19, 2015 | FLY THE W | Class 25: Clothing, namely, headwear, shirts, jerseys, sweatshirts |
| Illinois (Reg. No. 108390)<br>Oct. 21, 2015 | Running Bear with Baseball Glove Design<br> | Class 25: Clothing, namely, shirts |
| South Carolina (none assigned)<br>Oct. 10, 1994 | Cubs and Design 1979 Primary<br> | Class 25: Clothing |

\*denotes incontestable federal registration under 15 U.S.C. § 1065.