# Exhibit 3

| Registry | Mark | Goods and Services |
|---|---|---|
| Georgia (Reg. No. T-18757) June 23, 2000 | MAJOR LEAGUE BASEBALL | Class 39 - Clothing and headwear |
| Georgia (Reg. No. T-18758) June 23, 2000 | Silhouetted Batter Logo | Class 50 - Novelty items, key chains, key tags, key rings, ticket holders and lanyards for ticket holders and novelties |
| Georgia (Reg. No. T-18754) June 23, 2000 | Silhouetted Batter Logo | Class 39 - Clothing and headwear |
| Massachusetts (Reg. No. 79402) July 6, 1999 | MAJOR LEAGUE BASEBALL | Class 25 - Clothing and headwear |
| Massachusetts (Reg. No. 79403) July 6, 1999 | Silhouetted Batter Logo | Class 25 - Clothing and headwear. |
| New York (Reg. No. R31281) June 30, 2008 | HEROES MADE. LEGENDS REMEMBERED. | Class 25 - Clothing |
| New York (Reg. No. R31859) March 26, 2001 | Silhouetted Batter Logo | Class 9 - Computer programs, computer accessories, mouse pads, screen savers, compact disc cases, video and computer game cartridges, video and computer game discs, computer game programs, whistles, and pre-recorded videotapes relating to baseball. |
| New York (Reg. No. R31858) March 26, 2001 | Silhouetted Batter Logo | Class 28 - Stuffed toys, plush toys, bean bag toys, board games, dolls, inflatable baseball bats, mini bats, video game cartridges, computer game programs, hand-held video and electronic games, baseballs, bobbing head dolls and Christmas tree ornaments. |
| New York (Reg. No. R31751) Oct. 16, 2000 | SUBWAY SERIES | Class 25 - Shirts and caps |
| New York (Reg. No. R31280) June 30, 2008 | SWAN SONG FOR THE CATHEDRAL | Class 25 - Clothing |
| California (Reg. No. 096518) Sept. 29, 1992 | ALL-STAR GAME | Class 25 -T-shirts and sweatshirts |
| Georgia (Reg. No. S-18751) June 23, 2000 | ALL-STAR FUTURES | Class 8 - Entertainment services |
| Georgia (Reg. No. T-18765) June 23, 2000 | ALL-STAR GAME | Class 50 - Novelty items, key chains, key tags, key rings, ticket holders and lanyards for ticket holders and novelties |
| Georgia (Reg. No. T-18756) June 23, 2000 | ALL-STAR GAME | Class 39 - Clothing and headwear |

| | | |
|---|---|---|
| Georgia (Reg. No. T-18752) June 23, 2000 | ALL-STAR SUNDAY | Class 8 - Entertainment services |
| Georgia (Reg. No. T-18753) June 23, 2000 | ALL-STAR WORKOUT DAY | Class 8 - Entertainment services |
| Massachusetts (Reg. No. 79367) July 2, 1999 | ALL-STAR FUTURES | Class 41 - Entertainment services |
| Massachusetts (Reg. No. 79399) July 6, 1999 | ALL-STAR GAME | Class 25 - Clothing and headwear |
| Massachusetts (Reg. No. 79400) July 6, 1999 | ALL-STAR SUNDAY | Class 41 - Entertainment services |
| Texas (Reg. No. 800359223) June 30, 2004 | ALL-STAR FUTURES | Class 41 - Entertainment services, namely, baseball games, competitions and exhibitions rendered through broadcast media including television and radio, and via a global computer network or a commercial on-line service |
| Texas (Reg. No. 800359215) June 30, 2004 | ALL-STAR SUNDAY | Class 41 - Entertainment services, namely, baseball games, competitions and exhibitions rendered through broadcast media including television and radio, and via a global computer network or a commercial on-line service |
| Texas (Reg. No. 800359236) June 30, 2004 | MID-SUMMER CLASSIC | Class 25 - Clothing, namely, T-shirts. |
| Washington (Reg. No. 29810) June 28, 2001 | ALL-STAR GAME | Classes 16, 25 and 28--Baseballs, bats, stuffed toys, stickers, decals, posters, clothing, etc. |
| Wisconsin (Reg. No. None Assigned) June 26, 2002 | ALL-STAR FUTURES | Class 25--Clothing and headwear |
| Wisconsin (Reg. No. None Assigned) June 26, 2002 | ALL-STAR GAME | Metal goods; jewelry and goods of precious metals; paper goods and printed matter; tote bags, duffel bags; housewares and glassware; lanyards for holding tickets and novelties; felt pennants; clothing and headwear; novelty pins; toys and sporting goods; entertainment services |
| Wisconsin (Reg. No. None Assigned) June 26, 2002 | MIDSUMMER CLASSIC | Paper goods and printed matter; clothing and headwear; toys and sporting goods |