# Exhibit 4



Case: 1:16-cv-09140 Document #: 1-4 Filed: 09/22/16 Page 2 of 8 PageID #:92





# CUBS CHECKING

Only $100 required to open.

FEATURING CHICAGO'S ONLY CUBS MASTERCARD® DEBIT CARD![1]

PLUS, use any ATM nationwide and we'll refund the fee![2]

WINTRUST®

wintrust.com

PROUD LEGACY PARTNER OF CUBS

WINTRUST COMMUNITY BANKS

CELEBRATING 25 YEARS OF COMMUNITY BANKING!

**WE'RE PROUD TO BRING IT HOME.** As a company made in this area, for this area, Wintrust and its family of true community banks is dedicated to the unique neighborhoods each serves. For 25 years, we've been banks that invest in, give back to, and get to really know our communities and the people living in them. When you bank with a Wintrust Community Bank, you can be confident your money is going back into the things that matter most to you.

Banking products provided by Wintrust Financial Corp Banks. MasterCard is a registered trademark of MasterCard International Incorporated. Chicago Cubs trademarks and copyrights proprietary to Chicago Cubs. Used with permission. 1. Overdraft fees may apply. 2. The bank does not charge its customers a monthly card usage fee. No transaction charge at any ATM in the Allpoint, MoneyPass or Sum surcharge-free networks. Other banks outside the network may impose ATM surcharges at their machines. Surcharge fees assessed by owners of other ATMs outside the network will be reimbursed. Reimbursement does not include the 1.10% International Service fee charged for certain foreign transactions conducted outside the continental United States.

MEMBER FDIC

EQUAL HOUSING LENDER

# #FlyTheW

# Bring Home the Official Paint of Your *Chicago Cubs*™

Only available at your local Benjamin Moore Retailer

### #PaintTheW








*Hefty! Hefty! Hefty!*



# W Winning the game against skin cancer.

There is a reason Blue Lizard® Australian Sunscreen is trusted and recommended by Dermatologists, Pediatricians, and Pharmacists nationwide.



- Broad UVA and UVB protection in a SPF 30+ formulation.

- Smart Bottle® Packaging: Every bottle or tube cap, changes color to warn of the presence of dangerous UV rays.



- Blue Lizard is the official sunscreen of the Chicago Cubs.



SENSITIVE | BABY | SPORT | REGULAR | FACE

Available at Jewel-Osco® and www.bluelizard.net