## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Major League Baseball Properties, Inc. et al. v. Toussaint Stevens et al.

Case Number: 1:16-cv-09140

An appearance is hereby filed by the undersigned as attorney for:

Major League Baseball Properties, Inc. and Chicago Cubs Baseball Club, LLC

Attorney name (type or print): Brian O. Watson

Firm: Riley Safer Holmes & Cancila LLP

Street address: Three First National Plaza, 70 W. Madison Street, Suite 2900

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6304248
(See item 3 in instructions)

Telephone Number: (312) 471-8776

Email Address: bwatson@rshc-law.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status. ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 22, 2016

Attorney signature: S/ Brian O. Watson
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015