**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PROPERTIES, INC. and CHICAGO CUBS BASEBALL CLUB, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>TOUSSIANT STEVENS; STEVE RUSSELL; RICHARD JEKEL; EDWARD JEFFERSON; RON HOWARD; PETE GADBERRY; HARRY GIBSON, individually and d/b/a Offcenter Marketing; and DOES 1-30,<br><br>    Defendants. | No. 1:16-cv-09140 |

**PLAINTIFF CHICAGO CUBS BASEBALL CLUB, LLC'S
DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES**

Chicago Cubs Baseball Club, LLC submits the following disclosure pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2. Chicago Cubs Baseball Club, LLC is a Delaware limited liability company. The sole member of Chicago Cubs Baseball Club, LLC is Chicago Baseball Holdings, LLC, which is a Delaware limited liability company. There is no publicly held member of Chicago Cubs Baseball Club, LLC or Chicago Baseball Holdings, LLC.

Dated:  September 22, 2016

Respectfully submitted,

**RILEY SAFER HOLMES & CANCILA LLP**

By: /s/ Brian O. Watson
Matthew C. Crowl
mcrowl@rshc-law.com
Brian O. Watson
bwatson@rshc-law.com
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701

**KILPATRICK TOWNSEND & STOCKTON LLP**

R. Charles Henn Jr. (*pro hac vice* pending)
chenn@kilpatricktownsend.com
Jennifer Fairbairn Deal (*pro hac vice* pending)
jdeal@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555