IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PROPERTIES, INC. and CHICAGO CUBS BASEBALL CLUB, LLC,<br><br>   Plaintiffs,<br><br>v.<br><br>TOUSSIANT STEVENS; STEVE RUSSELL; RICHARD JEKEL; EDWARD JEFFERSON; RON HOWARD; PETE GADBERRY; HARRY GIBSON, individually and d/b/a Offcenter Marketing; and DOES 1-30,<br><br>   Defendants. | No. 1:16-cv-09140 |

## NOTICE OF CLAIMS INVOLVING TRADEMARKS

Pursuant to Local Rule 3.4 and 15 U.S.C. § 1116(c), Plaintiffs Major League Baseball Properties, Inc. and Chicago Cubs Baseball Club, LLC provide the following information:

1.    Plaintiff Major League Baseball Properties, Inc. has its principal place of business at 245 Park Avenue, New York, New York 10167.

2.    Plaintiff Chicago Cubs Baseball Club, LLC has its principal place of business at Wrigley Field, 1060 West Addison Street, Chicago, Illinois 60613.

3.    On information and belief, Defendant Toussiant Stevens is an individual citizen of the State of Illinois, who does business in this district in the vicinity of Wrigley Field.

4.    On information and belief, Defendant Steve Russell is an individual citizen of the State of Illinois, who does business in this district in the vicinity of Wrigley Field.

5. On information and belief, Defendant Richard Jekel is an individual citizen of the State of Illinois, who does business in this district in the vicinity of Wrigley Field.

6. On information and belief, Defendant Edward Jefferson is an individual citizen of the State of Illinois, who does business in this district in the vicinity of Wrigley Field.

7. On information and belief, Defendant Ron Howard is an individual citizen of the State of Illinois, who does business in this district in the vicinity of Wrigley Field.

8. On information and belief, Defendant Pete Gadberry is an individual citizen of the State of Illinois, who does business in this district in the vicinity of Wrigley Field.

9. On information and belief, Defendant Harry Gibson is an individual who does business in this district in the vicinity of Wrigley Field and is doing business as "Offcenter Marketing."

10. This action involves the Federal Trademark Registration Numbers identified in Exhibits 1 and 2 of the Complaint.

Dated: September 22, 2016  Respectfully submitted,

**RILEY SAFER HOLMES & CANCILA LLP**

By: /s/ Brian O. Watson
Matthew C. Crowl
mcrowl@rshc-law.com
Brian O. Watson
bwatson@rshc-law.com
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701

**KILPATRICK TOWNSEND & STOCKTON LLP**

R. Charles Henn Jr. (*pro hac vice* pending)
chenn@kilpatricktownsend.com
Jennifer Fairbairn Deal (*pro hac vice* pending)
jdeal@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555