IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Major League Baseball | ) | Case No: **16 C 9140** |
| | ) | |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| | ) | |
| Toussiant Sevens, et al | ) | |

## **ORDER**

The record is to be placed **under seal** with the exception of the Complaint, Civil Cover Sheet, attorney appearances, disclosure statements and notifications of affiliates and motions for leave to appear pro hac vice.

Date: September 22, 2016

ROBERT W. GETTLEMAN