# Exhibit 4


















From the moment he was born, Tyler Grote was a Cubs fan. He's lived in the Chicago area all his life, but that's no guarantee a person grows up to be a superfan. Tyler puts in the work: his room is decorated in everything Cubs and he rarely misses watching a game. Tyler says one of his favorite Cubs memories was going to his first game and getting his first jersey. Now, with a Cubs debit card, Tyler's room isn't the only thing that reflects his Cubs-fan dedication!

## BRING HOME A NEW WAY TO
# CHEER FOR





## CUBS CHECKING

Only $100 required to open.

**FEATURING CHICAGO'S ONLY CUBS MASTERCARD® DEBIT CARD!**[1]

**PLUS, use any ATM nationwide and we'll refund the fee!**[2]



wintrust.com

**PROUD LEGACY PARTNER OF**

 

WINTRUST
COMMUNITY BANKS

**CELEBRATING 25 YEARS OF COMMUNITY BANKING!**

**WE'RE PROUD TO BRING IT HOME.** As a company made in this area, for this area, Wintrust and its family of true community banks is dedicated to the unique neighborhoods each serves. For 25 years, we've been banks that invest in, give back to, and get to really know our communities and the people living in them. When you bank with a Wintrust Community Bank, you can be confident your money is going back into the things that matter most to you.

Banking products provided by Wintrust Financial Corp Banks. MasterCard is a registered trademark of MasterCard International Incorporated. Chicago Cubs trademarks and copyrights proprietary to Chicago Cubs. Used with permission. 1. Overdraft fees may apply. 2. The bank does not charge its customers a monthly card usage fee. No transaction charge at any ATM in the Allpoint, MoneyPass or Sum surcharge-free networks. Other banks outside the network may impose ATM surcharges at their machines. Surcharge fees assessed by owners of other ATMs outside the network will be reimbursed. Reimbursement does not include the 1.10% International Service fee charged for certain foreign transactions conducted outside the continental United States.

MEMBER FDIC
LENDER



# #FlyTheW

# Bring Home the Official Paint of Your *Chicago Cubs*™

Only available at your local
Benjamin Moore Retailer

## #PaintTheW





©2016 Benjamin Moore & Co. Benjamin Moore, and the triangle "M" symbol are registered trademarks licensed to Benjamin Moore & Co. Major League Baseball trademarks used by permission of Major League Baseball Properties, Inc. Printed in U.S.A.



# WRIGLEY FIELD
## HOME OF
# CHICAGO CUBS

**IT'S NOT JUST A TICKET, IT'S AN ADVENTURE YOU'LL NEVER FORGET.**

Amtrak celebrates the 100th anniversary of the Cubs' first year at Wrigley Field.



**Proud Partner**

**Amtrak.com**

*SEE WHERE THE TRAIN CAN TAKE YOU.*







# Winning the game against skin cancer.

There is a reason Blue Lizard® Australian Sunscreen is trusted and recommended by Dermatologists, Pediatricians, and Pharmacists nationwide.



Broad UVA and UVB protection in a SPF 30+ formulation.

Smart Bottle® Packaging: Every bottle or tube cap, changes color to warn of the presence of dangerous UV rays.



Blue Lizard is the official sunscreen of the Chicago Cubs.



BLUE LiZARD®
AUSTRALIAN SUNSCREEN

SENSITIVE | BABY | SPORT | REGULAR | FACE

Available at *Jewel-Osco* and www.bluelizard.net