IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PROPERTIES, INC. and CHICAGO CUBS BASEBALL CLUB, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TOUSSIANT STEVENS; STEVE RUSSELL; RICHARD JEKEL; HOWARD KADET; PETE GADBERRY; HARRY GIBSON, individually and d/b/a Offcenter Marketing; JASON ALSPAUGH, individually and d/b/a Chi Apparel; LARRY BOISSEAU; BYRON YABLON; JOHN YABLON; JOSE VILLAREAL; RAMON RIOS; RICHARD WELLS; DEESCO PERRIMAN, JR.; and DOES 1-30,<br><br>Defendants. | Civil Action No. 1:16-cv-09140 |

**DECLARATION OF SERVICE OF THE FIRST AMENDED COMPLAINT AND THE COURT'S SEPTEMBER 22, 2016 ORDER ON DEFENDANT JASON ALSPAUGH**

I, Jennifer Fairbairn Deal, state the following:

1. I am an associate with the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Plaintiffs Major League Baseball Properties, Inc. ("MLBP") and Chicago Cubs Baseball Club, LLC (the "Cubs" and, together with MLBP, "Plaintiffs") in this matter. This declaration is based upon my personal knowledge and, if called as a witness, I could and would testify competently to these facts.

2. On September 30, 2016, Defendant Jason Alspaugh, d/b/a Chi Apparel, and I spoke via telephone. During our call, Mr. Alspaugh agreed to waive service of a summons and accept service of the First Amended Complaint and the Court's September 22, 2016 Order via

email. That same day, I emailed an electronic copy of the First Amended Complaint, with exhibits, and the Court's September 22, 2016 Order to Mr. Alspaugh at the email address he provided. He subsequently acknowledged receipt of my email.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on September 30, 2016 by:

_____
Jennifer Fairbairn Deal