IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Major League Baseball | ) | Case No: **16 C 9140** |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| Toussiant Stevens, et al | ) | |

### ORDER

Motion [8] of R .Charles Henn, Jr. for leave to appear pro hac vice is granted.
Motion [35] of Jennifer Fairbairn Deal for leave to appear pro hac vice is granted.

Date: October 4, 2016

ROBERT W. GETTLEMAN