IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PROPERTIES, INC. and CHICAGO CUBS BASEBALL CLUB, LLC,<br><br>   Plaintiffs,<br><br>v.<br><br>TOUSSIANT STEVENS; STEVE RUSSELL; RICHARD JEKEL; HOWARD KADET; PETE GADBERRY; HARRY GIBSON, individually and d/b/a Offcenter Marketing; JASON ALSPAUGH, individually and d/b/a Chi Apparel; LARRY BOISSEAU; BYRON YABLON; JOHN YABLON; JOSE VILLAREAL; RAMON RIOS; RICHARD WELLS; DEESCO PERRIMAN; and DOES 1-30,<br><br>   Defendants. | Civil Action No. 1:16-cv-09140 |

**MOTION FOR ENTRY OF FINAL JUDGMENT AND
PERMANENT INJUNCTION AGAINST DEFENDANT HARRY GIBSON
INDIVIDUALLY AND DOING BUSINESS AS OFF CENTER MARKETING**

Plaintiffs Major League Baseball Properties, Inc. and Chicago Cubs Baseball Club, LLC (collectively, "Plaintiffs") respectfully move this Court for entry of final judgment and a permanent injunction against Defendant Harry Gibson, individually and doing business as Off Center Marketing ("Mr. Gibson"), in the form attached hereto as Exhibit 1 (the "Judgment and Permanent Injunction"). As reflected in the signatures on page 9, Plaintiffs and Mr. Gibson consent to entry of the Judgment and Permanent Injunction.

Respectfully submitted,

/s/ Matthew C. Crowl
Matthew C. Crowl
mcrowl@rshc-law.com
Brian O. Watson
bwatson@rshc-law.com
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701

KILPATRICK TOWNSEND & STOCKTON LLP
R. Charles Henn Jr. (*pro hac vice*)
chenn@kilpatricktownsend.com
Jennifer Fairbairn Deal (*pro hac vice*)
jdeal@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Counsel for Plaintiffs Major League Baseball Properties, Inc. and Chicago Cubs Baseball Club, LLC