IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Major League Baseball | ) | Case No: **16 C 9140** |
| | ) | |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| | ) | |
| Toussiant Stevens | ) | |

### ORDER

Return on order to show cause held. .
Motion [41] for default is granted.
Motion [43] to enter consent decree is granted.
The temporary restraining order is extended to 10/14/2016.
Status hearing is set for 10/14/2016, at 11:00 a.m.
The Clerk is directed to UNSEAL documents [13][14][15][16][17].

(00:28)

Date:   October   6, 2016

ROBERT W. GETTLEMAN