**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PROPERTIES, INC. and CHICAGO CUBS BASEBALL CLUB, LLC, | Civil Action No. 1:16-cv-09140 |
| Plaintiffs, | |
| v. | |
| TOUSSIANT STEVENS; STEVE RUSSELL; RICHARD JEKEL; HOWARD KADET; PETE GADBERRY; HARRY GIBSON, individually and d/b/a Offcenter Marketing; JASON ALSPAUGH, individually and d/b/a Chi Apparel; LARRY BOISSEAU; BYRON YABLON; JOHN YABLON; JOSE VILLAREAL; RAMON RIOS; RICHARD WELLS; DEESCO PERRIMAN; and DOES 1-30, | |
| Defendants. | |

**MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION
AGAINST CERTAIN DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 55(b)(2), and in light of the Court's entry of default against Defendants Steve Russell, Pete Gadberry, Larry Boisseau, Byron Yablon, John Yablon, Jose Villareal, Ramon Rios, Richard Wells, and DeEsco Perriman, Jr. ("Default Defendants") on October 6, 2016 (ECF 44), Plaintiffs Chicago Cubs Baseball Club, LLC and Plaintiff Major League Baseball Properties, Inc. hereby move the Court to enter the attached proposed order, directing the entry of a judgment, by default, in favor of Plaintiffs and against the Default Defendants for the legal and equitable relief found therein.

Dated: October 12, 2016       **RILEY SAFER HOLMES & CANCILA LLP**

By: /s/ Matthew C. Crowl
Matthew C. Crowl
mcrowl@rshc-law.com
Brian O. Watson
bwatson@rshc-law.com
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701

**KILPATRICK TOWNSEND & STOCKTON LLP**
R. Charles Henn Jr. (admitted *pro hac vice*)
chenn@kilpatricktownsend.com
Jennifer Fairbairn Deal (admitted *pro hac vice*)
jdeal@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

2