## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PROPERTIES, INC. and CHICAGO CUBS BASEBALL CLUB, LLC, | |
|     Plaintiffs, | Civil Action No. 1:16-cv-09140 |
| v. | |
| TOUSSIANT STEVENS; STEVE RUSSELL; RICHARD JEKEL; HOWARD KADET; PETE GADBERRY; HARRY GIBSON, individually and d/b/a Offcenter Marketing; JASON ALSPAUGH, individually and d/b/a Chi Apparel; LARRY BOISSEAU; BYRON YABLON; JOHN YABLON; JOSE VILLAREAL; RAMON RIOS; RICHARD WELLS; DEESCO PERRIMAN, JR.; MICHAEL QUATRINE; RAYMOND MILLER; GARVIN WALKER; JAMES PINKIN JR.; ROBERTO RAMIREZ; THOMAS RUSSO; RENEE SMITH; and DOES 1-30, | |
|     Defendants. | |

### MOTION FOR ENTRY OF DEFAULT AGAINST CERTAIN DEFENDANTS

To the Clerk of Court:

    Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs move for entry of default judgment against Defendants James Pinkin Jr., Roberto Ramirez, Thomas Russo, and Renee Smith (the "Default Defendants") for failure to answer or otherwise plead to the relevant and operative complaints in this action. In support of this Motion, Plaintiffs state as follows:

    1.    Plaintiffs commenced this action on September 22, 2016 by filing a Complaint against Defendants, through which Plaintiffs seek affirmative relief. *See* ECF 1. On September 26, 2016, Plaintiffs filed the First Amended Complaint. ECF 23. On October 14, 2016, the Court

granted Plaintiffs' request to file a Second Amended Complaint, ECF 57, and Plaintiffs' Second Amended Complaint was filed on October 18, 2016, ECF 58. On October 20, 2016, the Court granted Plaintiffs' request to file a Third Amended Complaint, ECF 68, and Plaintiffs' Third Amended Complaint was filed on October 24, 2016, ECF 69.

2.      On October 20, 2016, the Court issued a Third Extended *Ex Parte* Temporary Restraining Order and Seizure and Impoundment Order, which shortened the time for Default Defendants to file an Answer and which stated, *inter alia*, that "**Defendants' answering papers, if any, shall be filed with the Clerk of this Court . . . before 4:00 p.m. on October 26, 2016**." ECF 68; ECF 70 ("Third Extended Order") at 12 (emphasis added).

3.      Default Defendants were personally served with a copy of the Summons and the Third Amended Complaint, along with a copy of the Second Extended Order.

4.      Plaintiffs filed Affidavits of Service for each of the Default Defendants. *See* ECF 73-76.

5.      Pursuant to the Third Extended Order, Default Defendants were required to serve an answer or otherwise plead to the First Amended Complaint on or before 4:00 p.m. on October 26, 2016.

6.      To date, none of the Default Defendants has served an answer or any other responsive pleading to the relevant and operative complaints, nor has any counsel of record made an appearance on their behalf or otherwise contacted counsel for Plaintiffs.

7.      Federal Rule of Civil Procedure 55(a) directs the clerk to enter default "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend…."

WHEREFORE, Plaintiffs respectfully request that default be entered against Defendants James Pinkin Jr., Roberto Ramirez, Thomas Russo, and Renee Smith.

DATED: October 26, 2016

**RILEY SAFER HOLMES & CANCILA LLP**

By: /s/ Brian O. Watson

Matthew C. Crowl
mcrowl@rshc-law.com
Brian O. Watson
bwatson@rshc-law.com
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701

**KILPATRICK TOWNSEND & STOCKTON LLP**
R. Charles Henn Jr. (*pro hac vice*)
chenn@kilpatricktownsend.com
Jennifer Fairbairn Deal (*pro hac vice*)
jdeal@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Plaintiffs