AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

MAJOR LEAGUE BASEBALL PROPERTIES, INC. )
and CHICAGO CUBS BASEBALL CLUB, LLC, )
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:16-cv-09140
TOUSSIANT STEVENS; STEVE RUSSELL; )
RICHARD JEKEL; EDWARD JEFFERSON; RON )
HOWARD; PETE GADBERRY; HARRY GIBSON, )
individually and d/b/a Offcenter Marketing; and )
DOES 1-30 )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name)*     DOE     ADVANCE DISTRIBUTORS, INC.
4949 N. PULASKI
CHICAGO, IL
60630

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Matthew C. Crowl, Brian O. Watson, Riley Safer Holmes & Cancila LLP, Three First
National Plaza, 70 W. Madison Street, Suite 2900, Chicago, Illinois 60602, (312)
471-8700, (312) 471-8701 (fax), mcrowl@rshc-law.com, bwatson@rshc-law.com

R. Charles Henn Jr., Jennifer Fairbairn Deal, Kilpatrick Townsend & Stockton LLP,
1100 Peachtree Street, Suite 2800, Atlanta, GA 30309, (404) 815-6500,
(404) 815-6555 (fax), chenn@kilpatricktownsend.com, jdeal@kilpatricktownsend.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 2 3 2016     _Lakisha C. Williams_
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-09140

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ADVANCE DISTRIBUTORS, INC.
was received by me on *(date)* 10-28-16 .

☐ I personally served the summons on the individual at *(place)* AJAY K. PATEL
4949 N. PULASKI, CHICAGO, IL on *(date)* 10-28-16 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-28-16

_____
Server's signature

KEVIN M. READ - SPECIAL PROCESS SERVER
Printed name and title

909 RT 83 UNIT 103, ELMHURST, IL 60126
Server's address

Additional information regarding attempted service, etc: