IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PROPERTIES, INC. and CHICAGO CUBS BASEBALL CLUB, LLC,<br><br>   Plaintiffs,<br><br>v.<br><br>TOUSSIANT STEVENS; STEVE RUSSELL; RICHARD JEKEL; HOWARD KADET; PETE GADBERRY; HARRY GIBSON, individually and d/b/a Offcenter Marketing; JASON ALSPAUGH, individually and d/b/a Chi Apparel; LARRY BOISSEAU; BYRON YABLON; JOHN YABLON; JOSE VILLAREAL; RAMON RIOS; RICHARD WELLS; DEESCO PERRIMAN, JR.; MICHAEL QUATRINE; RAYMOND MILLER; GARVIN WALKER; and DOES 1-30,<br><br>   Defendants. | Civil Action No. 1:16-cv-09140 |

## RULE TO SHOW CAUSE AND
## RENEWED MOTION FOR CONTEMPT

Pursuant to the Court's hearing and order of October 20, 2016, Defendant Michael Quatrine shall appear on October 27, 2016, at 10:00 a.m. before Judge Robert W. Gettleman in Courtroom 1703 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, Illinois, to show cause why the Court should not hold Defendant Michael Quatrine in contempt in connection with the Extended *Ex Parte* Temporary Restraining Order and Seizure and Impoundment Order of October 6, 2016 (ECF 47) and the Preliminary Injunction of October 14, 2016 (ECF 65).

For the reasons stated at the hearing of October 20, 2016, and any further reasons stated at the show-cause hearing of October 27, 2016, Plaintiffs Major League Baseball Properties, Inc. and Chicago Cubs Baseball Club, LLC request that the Court hold Defendant Michael Quatrine in contempt in connection with the Extended *Ex Parte* Temporary Restraining Order and Seizure and Impoundment Order of October 6, 2016 (ECF 47) and the Preliminary Injunction of October 14, 2016 (ECF 65), including, among other violations, the failure to allow private investigators from Edward R. Kirby & Associates to take delivery by way of a seizure of Counterfeit Goods and impoundment of Infringing Goods and to deliver to Plaintiffs any and all Counterfeit Goods or Infringing Goods.

**RILEY SAFER HOLMES & CANCILA LLP**

By: /s/ Brian O. Watson

Matthew C. Crowl
mcrowl@rshc-law.com
Brian O. Watson
bwatson@rshc-law.com
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701

**KILPATRICK TOWNSEND & STOCKTON LLP**

R. Charles Henn Jr. (*pro hac vice*)
chenn@kilpatricktownsend.com
Jennifer Fairbairn Deal (*pro hac vice*)
jdeal@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

## PROOF OF SERVICE

I personally served these papers on Defendant Michael Quatrine at (place) __960 West Addison Street, Chicago, IL__ on (date) __10-29-16__.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed on (date) __10-31-16__.

_____
Server's signature

__KEVIN M. READ__
Printed name and title

__909 RT 83, ELMHURST, IL, 60126__
Server's address

Additional information regarding service, etc.

_____
_____
_____
_____
_____
_____

4825-4238-5979, v. 4