IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PROPERTIES, INC. and CHICAGO CUBS BASEBALL CLUB, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>TOUSSIANT STEVENS; et al.<br><br>    Defendants. | Civil Action No. 1:16-cv-09140 |

### ORDER

The Plaintiffs' Motion to Issue Additional Summonses is granted, and the Clerk of the Court shall issue 60 summonses that are directed to Doe 31 through Doe 90.

ENTER: November 4, 2016

_____
Robert W. Gettleman
United States District Judge

4817-1246-6235, v. 1