IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PROPERTIES, INC. and CHICAGO CUBS BASEBALL CLUB, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>TOUSSIANT STEVENS; STEVE RUSSELL; RICHARD JEKEL; HOWARD KADET; PETE GADBERRY; HARRY GIBSON, individually and d/b/a Offcenter Marketing; JASON ALSPAUGH, individually and d/b/a Chi Apparel; LARRY BOISSEAU; BYRON YABLON; JOHN YABLON; JOSE VILLAREAL; RAMON RIOS; RICHARD WELLS; DEESCO PERRIMAN; MICHAEL QUATRINE; RAYMOND MILLER; GARVIN WALKER; JAMES PINKIN JR.; ROBERTO RAMIREZ; THOMAS RUSSO; RENEE SMITH; TAHA MANIYA, individually and d/b/a E-Z Connections; DONALD SIMON; JAKE O'REILY; MATTHEW COLE; FRED FULTON; ASEZAM RAHMAN; FAHIYM AHMAD NASIR; LANITA COX; ADVANCE DISTRIBUTORS INC.; RICKEY LIAS JR.; ALFRED CURRY, individually and d/b/a National Team Sports; KYLE SMITH; and DOES 1-30,<br><br>    Defendants. | Civil Action No. 1:16-cv-09140 |

**MOTION FOR ENTRY OF A CONSENT JUDGMENT
AND PERMANENT INJUNCTION AGAINST
<u>DEFENDANT ADVANCE DISTRIBUTORS, INC.</u>**

    Plaintiffs Major League Baseball Properties, Inc. and Chicago Cubs Baseball Club, LLC (collectively, "Plaintiffs") respectfully move this Court for entry of a consent judgment and permanent injunction against Defendant Advance Distributors, Inc. in the proposed form attached to this motion. As reflected in the signatures on page 8, Plaintiffs and Defendant

Advance Distributors, Inc. consent to entry of the judgment and permanent injunction.

Respectfully submitted,

/s/ Brian O. Watson
Matthew C. Crowl
mcrowl@rshc-law.com
Brian O. Watson
bwatson@rshc-law.com
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701

KILPATRICK TOWNSEND & STOCKTON LLP
R. Charles Henn Jr. (*pro hac vice*)
chenn@kilpatricktownsend.com
Jennifer Fairbairn Deal (*pro hac vice*)
jdeal@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Counsel for Plaintiffs Major League Baseball Properties, Inc. and Chicago Cubs Baseball Club, LLC