

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
NOV 14 2016 EW
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Major League Baseball Properties, Inc.

V.

Case No. 1:16-cv-09140

Defendant(s) Renée Smith

Hello, and with respect, I wanted to advise the Court that I have retained an attorney. Listed below is the information:

Shimanovsky & Moscardini
130 S Jefferson, Suite 350
Chicago, IL 60661
1-800-782-2260
1-312-782-2585

I also completed a form indicating my change of address to: 4826 S Mary St, Chicago, IL 60609.

Thank you,
Renée Smith