# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Major League Baseball Properties, Inc., et al.

                                                       Plaintiff,

v.                                                                                 Case No.: 1:16−cv−09140

                                                                                  Honorable Robert W. Gettleman

Toussiant Stevens, et al.

                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 10, 2016:

       MINUTE entry before the Honorable Robert W. Gettleman: Plaintiffs' motion [104] to approve consent judgment against advance Distributors is granted. Motion [156] to approve consent judgment against Toussiant Stevens is granted. Motion for entry of default [157] is granted; Motion for leave to file [158] 6th amended complaint is granted. Motion [159] for preliminary injunction is granted. Show cause hearing held on 11/10/2016. Status hearing set for 11/29/2016 at 9:30 a.m. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.