IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PROPERTIES, INC. and CHICAGO CUBS BASEBALL CLUB, LLC,<br><br>   Plaintiffs,<br><br>v.<br><br>TOUSSIANT STEVENS; et al.<br><br>   Defendants. | Civil Action No. 1:16-cv-09140 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiffs' Motion for Default Judgment and Permanent Injunction Against Defendant Renee Smith will be heard on November 29, 2016 at 9:30 a.m. before Judge Robert W. Gettleman in Courtroom 1703 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, Illinois 60604.

**RILEY SAFER HOLMES & CANCILA LLP**

By: /s/ Brian O. Watson
Matthew C. Crowl
Brian O. Watson
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700

**KILPATRICK TOWNSEND & STOCKTON LLP**
R. Charles Henn Jr. (*pro hac vice*)
Jennifer Fairbairn Deal (*pro hac vice*)
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that by November 25, 2016, copies of the aforesaid notice and motion were served under Fed. R. Civ. P. 5, LR 5.5, the General Order on Electronic Case Filing (ECF), and the Revised Standing Order of Judge Gettleman Regarding Briefs, Motion Practice, Disclosures, and Protective Orders by mailing the copies to the person's last known address or by sending the copies by electronic means if the person consented.

/s/ Brian O. Watson

4841-2462-0861, v. 1