**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PROPERTIES, INC. and CHICAGO CUBS BASEBALL CLUB, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>TOUSSIANT STEVENS; et al.,<br><br>    Defendants. | No. 1:16-cv-09140 |

**MOTION FOR ENTRY OF A CONSENT JUDGMENT AND**
**PERMANENT INJUNCTION AGAINST DEFENDANT KEITH LAMBERT,**
**INDIVIDUALLY AND D/B/A NATIONAL TEAM SPORTS**

Plaintiffs Major League Baseball Properties, Inc. and Chicago Cubs Baseball Club, LLC (collectively, "Plaintiffs") respectfully move this Court for entry of a consent judgment and permanent injunction against Defendant Keith Lambert, individually and d/b/a National Team Sports, in the proposed form attached to this motion. As reflected in the signatures on page 7, Plaintiffs and Defendant Keith Lambert, individually and d/b/a National Team Sports, consent to entry of the judgment and permanent injunction.

Respectfully submitted,

/s/ Brian O. Watson
Matthew C. Crowl
mcrowl@rshc-law.com
Brian O. Watson
bwatson@rshc-law.com
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701

KILPATRICK TOWNSEND & STOCKTON LLP
R. Charles Henn Jr. (*pro hac vice*)
chenn@kilpatricktownsend.com
Jennifer Fairbairn Deal (*pro hac vice*)
jdeal@kilpatricktownsend.com
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Counsel for Plaintiffs Major League Baseball Properties, Inc. and Chicago Cubs Baseball Club, LLC